# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSELL HAGAR | Civil Action No. |
| Plaintiff, | |
| vs. | 1:14-CV-00290-WMN |
| MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC., AND ENCORE CAPITAL GROUP, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

## STIPULATION TO TRANSFER VENUE

1. Plaintiff Russell Hagar commenced this litigation by filing a Complaint on January 29, 2014. See ECF 1.

2. Defendants waived service of summons on February 11, 2014. See ECF 3-5.

3. The parties hereby stipulate and agree that the proper venue for this matter is the United States District Court for the Southern District of California.

4. As such, the parties, by and through their respective undersigned counsel, consent to the transfer of this matter to the United States District Court for the Southern District of California and request that this Honorable Court enter an Order to this effect.

Respectfully submitted,

| KIMMEL & SILVERMAN, P.C. | MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C. |
|---|---|
| /s/ Amy L. Bennecoff<br>Amy L. Bennecoff, Esquire<br>(signed with permission)<br>30 East Butler Pike<br>Ambler, PA 19002<br>abennecoff@creditlaw.com<br>*Counsel for Plaintiff* | /s/ Lauren M. Burnette<br>Lauren M. Burnette, Esquire<br>100 Corporate Center Drive, Suite 201<br>Camp Hill, PA 17011<br>lmburnette@mdwcg.com<br>*Counsel for Defendants* |
| Date: April 1, 2014 | Date: April 1, 2014 |

APPROVED:

_____  4/2/14
HONORABLE WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

2